UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                        :    **PRIOR FELONY INFORMATION**

BRIAN McCLEOD,                    :    S4 10 Cr. 431 (CM)
    a/k/a "Slim,"
    a/k/a "Brian Connelly,"       :
    a/k/a "Joseph King,"
    a/k/a "Brian Conley,"         :
    a/k/a "John A. Conley,"
                            :
        Defendant.
                            :
- - - - - - - - - - - - - - - - - x

        The United States Attorney charges:

        On or about October 6, 2004, in Queens County Supreme Court, BRIAN McCLEOD, a/k/a "Slim," a/k/a "Brian Connelly," a/k/a "Joseph King," a/k/a "Brian Conley," a/k/a "John A. Conley," the defendant, was convicted upon a guilty plea of criminal possession of a controlled substance in the third degree, in violation of New York Penal Law Section 220.16, for which he received a sentence of six to twelve years of imprisonment. Accordingly, McCLEOD is subject to the enhanced penalties of Title 21, United States Code, Sections 812, 841(a), 841(b)(1)(B), and 846.

        (Title 21, United States Code, Section 851.)


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/12


*Preet Bharara*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BRIAN McCLEOD,
a/k/a "Slim,"
a/k/a "Brian Connelly,"
a/k/a "Joseph King,"
a/k/a "Brian Conley,"
a/k/a "John A. Conley,"

Defendant.

PRIOR FELONY INFORMATION

S4 10 Cr. 431 (CM)

(21 U.S.C. § 851)

PREET BHARARA
United States Attorney